JOHN TILINSKY, an Infant, by ANGELA TILINSKY, His Guardian ad Litem, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant. — In an action to recover damages for personal injuries sustained by reason of the fall of a heavy gate, constituting part of a fence maintained by defendant and abutting on the highway, the verdict of the jury was in favor of plaintiff. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

## (April 13, 1942.)

EDWARD BLASIE, Appellant, v. LUCIA BLASIE, Respondent.— Action for divorce brought by plaintiff husband against defendant wife. Judgment dismissing the complaint reversed on the law, without costs, and a new trial granted. The issues of fact respecting the issues framed should have been submitted to the jury. Whether or not a bar existed against plaintiff, founded on a prior separation decree, was a matter to be determined after the framed issues were passed upon. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK on Complaint of ANNA PADDLE, Respondent, v. GEORGE DAVIS, Appellant.— Appeal by the defendant from an order of filiation made by the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], wherein he was adjudged to be the father of complainant's child born out of wedlock and directed to pay to the commissioner of public welfare of the city of New York, as trustee, the sum of four dollars weekly toward the support and education of said child until she reaches the age of sixteen years. Order reversed on the law and the facts and the proceeding dismissed. In our opinion, the evidence introduced on behalf of the respondent does not meet the test required by law. (*Commissioner of Public Welfare, City of N. Y.*, v. *Kotel*, 256 App. Div. 352; *Drummond* v. *Dolan*, 155 id. 449.) Lazansky, P. J., Hagarty and Taylor, JJ., concur; Carswell and Adel, JJ., dissent and vote to affirm, with the following memorandum: The prior inconsistent statements of the complainant urged against her credibility, as the circumstances on each occasion indicate, were of the " white lie " variety. It was for the triers of the fact so to appraise them and to credit her testimony. Their findings may not properly be disturbed, under *Boyd* v. *Boyd* (252 N. Y. 422).

JOHN GOONAN, Appellant, v. JOHN J. BENNETT, JR., Attorney-General of the State of New York, and JOHN HARLAN AMEN, Assistant Attorney-General of the State of New York, Respondents.— Order denying appellant's motion to enjoin respondents from investigating, inquiring into and prosecuting criminal charges against him affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.